EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2008 TSPR 85 |
| Marina Rodríguez Clinchard | 174 DPR _____ |

Número del Caso: TS-13,761


Fecha: 16 de mayo de 2008


Abogada de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo


Materia: Baja voluntaria del ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Marina Rodríguez Clinchard             TS-13,761

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de mayo de 2008.

Se autoriza la solicitud de baja voluntaria del ejercicio de la abogacía, presentada por la Lic. Marina Rodríguez Clinchard.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo